Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402 – 2170
Attorneys for Plaintiff,
**TERESA HICKS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMBAJI, INC., a California corporation; CRESTRIDGE INN, a business of unknown form; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:22-cv-01202-MCS-AGR<br><br>*Hon. Mark C. Scarsi*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

IT IS HEREBY STIPULATED by and between the Plaintiff TERESA HICKS, on the one hand, and Defendants, AMBAJI, INC. and CRESTRIDGE INN, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of the Second Amended Complaint in this action as to all parties and claims.

Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 5, 2022          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:    /s/ Peter Shahriari
         Peter Shahriari, Esq.
         Attorney for Plaintiff, Teresa Hicks

Dated: December 5, 2022          **STILLMAN & ASSOCIATES**

By:    /s/ *Philip H. Stillman*
       Philip H. Stillman, Esq.
       Attorney for Defendants, Ambaji, Inc. and Crestridge Inn

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Peter Shahriari

/s/ Peter Shahriari
By: Peter Shahriari
Attorney for Plaintiff, TERESA HICKS